## CASSELS v. SERVICE MUT. INS. CO. OF TEXAS.

### No. 11132.

Court of Civil Appeals of Texas. San Antonio.

Dec. 23, 1941.

See also, Tex.Civ.App., 157 S.W.2d 422.

Smith & Smith and B. Ray Smith, all of Corpus Christi, for appellant.

Scott & Wilson, of Waco, for appellee.

SMITH, Chief Justice.

In this cause the parties have joined in an alternative motion to affirm the judgment from which the appeal was perfected, it being represented that the matters in controversy have been fully settled between the parties. Upon that premise, and without passing upon the merits of the appeal, the motion will be granted and the judgment affirmed accordingly.